# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICKY K. BECK
2520 S. 4TH, APT. B
DEKALB, IL  60115

SSN-xxx-xx-1003

Case Number: 05-75223

Case filed on: 9/28/2005
Plan Confirmed on: 2/3/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $37,296.00              Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 2,100.00 | 2,100.00 | 2,100.00 | 0.00 |
|  | Total Legal | 2,100.00 | 2,100.00 | 2,100.00 | 0.00 |
| 030 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICKY K. BECK | 0.00 | 0.00 | 1,008.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,008.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 14,954.55 | 13,275.00 | 13,275.00 | 1,182.71 |
|  | Total Secured | 14,954.55 | 13,275.00 | 13,275.00 | 1,182.71 |
| 001 | FORD MOTOR CREDIT CORP | 21,078.57 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 0.00 | 1,679.55 | 404.07 | 0.00 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,955.25 | 1,955.25 | 470.40 | 0.00 |
| 007 | BP AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,737.10 | 1,737.10 | 417.91 | 0.00 |
| 009 | CAPITAL ONE | 1,353.68 | 1,353.68 | 325.67 | 0.00 |
| 010 | LVNV FUNDING LLC | 7,517.72 | 7,517.72 | 1,808.62 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,531.58 | 2,531.58 | 609.05 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 17,082.28 | 17,082.28 | 4,109.68 | 0.00 |
| 013 | LVNV FUNDING LLC | 532.93 | 532.93 | 128.21 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 6,597.98 | 6,597.98 | 1,587.35 | 0.00 |
| 015 | LVNV FUNDING LLC | 3,823.46 | 3,823.46 | 919.85 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 5,896.55 | 5,896.55 | 1,418.60 | 0.00 |
| 017 | LVNV FUNDING LLC | 332.55 | 332.55 | 80.01 | 0.00 |
| 018 | DISCOVER FINANCIAL SERVICES | 6,524.55 | 6,524.55 | 1,569.69 | 0.00 |
| 019 | DISCOVER FINANCIAL SERVICES | 1,986.86 | 1,986.86 | 478.00 | 0.00 |
| 020 | EXXON | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CITIBANK USA NA | 153.58 | 153.58 | 36.95 | 0.00 |
| 022 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 974.76 | 974.76 | 234.51 | 0.00 |
| 025 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ILLINOIS STUDENT ASSISTANCE COMM | 8,091.66 | 8,091.66 | 1,946.71 | 0.00 |
| 027 | PORTFOLIO RECOVERY ASSOCIATES | 128.64 | 128.64 | 30.95 | 0.00 |
| 028 | ROUNDUP FUNDING LLC | 3,423.84 | 3,423.84 | 823.71 | 0.00 |
| 029 | ZACK BECK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 91,723.54 | 72,324.52 | 17,399.94 | 0.00 |
|  | Grand Total: | 108,778.09 | 87,699.52 | 33,782.94 | 1,182.71 |

Total Paid Claimant:     $34,965.65
Trustee Allowance:       $2,330.35
Percent Paid Unsecured:     24.06

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008           By  /s/Heather M. Fagan